UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NANNIE BLACKBURN, *et al.*                                         Petitioners

v.                                              Civil Action No. 3:20-CV-428-RGJ

MARY NOBLE, *et al.*                                             Respondents

\* \* \* \* \*

## ORDER

Seven state inmates incarcerated at the Kentucky Correctional Institution for Women ("KCIW"), by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A habeas petition must be filed in the district where the prisoner is confined. *Rumsfield v. Padilla*, 542 U.S. 426, 442-43 (2004). KCIW is located in Shelby County,[1] which is in the Eastern District of Kentucky. *See* 28 U.S.C. § 97(a); LR 3.1(a)(2)(A) of Joint Local Rules of Civil Practice. This action, therefore, should be transferred to the Eastern District of Kentucky. *See* LR 3.2(a)(3).

Accordingly, **IT IS ORDERED** that this habeas action is **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky, Central Division, at Frankfort pursuant to 28 U.S.C. § 2241(d) and LR 3.2(f). All further filings shall be filed in that court.

Date:

cc:      Counsel for Petitioners
          Respondents
A961.005

---

[1] In the Civil Cover Sheet attached to the petition, Petitioners list their County of Residence as Shelby County. [DE 1-1]. Further, the Kentucky Department of Corrections' website indicates that KCIW is located in Shelby County. *See* https://corrections.ky.gov/Facilities/AI/KCIW/Pages/default.aspx.