UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:20-cv-46-GFVT     AT: Frankfort     DATE: July 14, 2020

Case Style:   Blackburn et al v. Noble et al

PRESENT:   HON. _____ UNITED STATES DISTRICT JUDGE
                  GREGORY F. VAN TATENHOVE

Colleen Dawkins                          Sandy Wilder
Deputy Clerk                             Court Reporter

Attorneys Present for Petitioners:       Attorneys Presents for Defendants:
Aaron Tucek                              Edward A. Baylous, II
Corey M. Shapiro                         Robin R. Bender
Heather L. Gatnarek

PROCEEDINGS: **ORAL ARGUMENT (Evidentiary)**

This matter was called for hearing on Plaintiff's Emergency Petition for Writ of Habeas Corpus [R. 1] with counsel present as noted. The Court having heard argument of counsel, as well as the testimony of two witness,

It is ORDERED,

1. The parties are directed to file, by close of business on Friday July 17, 2020, simultaneous briefing regarding the potential state case filed by Petitioner Allison Moseley.

2. Should the Petitioners wish to supplement the record, any supplemental information shall be filed by close of business on Friday July 17, 2020.

3. Any motion for a subsequent hearing to allow for testimony from the Petitioners shall be filed by close of business on Friday July 17, 2020.

4. The Court further takes the emergency petition under advisement and a separate order shall issue.

COPIES TO:  COR

Clerk's Initials: scd
TIC: 1/47