# UNITED STATES DISTRICT COURT

**EASTERN**      DISTRICT OF      **KENTUCKY**

Blackburn et al

V.

Noble et al

## EXHIBIT AND WITNESS LIST

Case Number: Frankfort 20-cv-46-GFVT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory F. Van Tatenhove | Heather Gatnarek, Corey Shapiro, Aaron Tucek | Edward Baylous, II and Robin Bender |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 07/14/2020 Oral Argument | Sandy Wilder | Colleen Dawkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 7/14/2020 |  |  | WITNESS: Vanessa Kennedy, Warden |
| W1 |  | 7/14/2020 |  |  | WITNESS: Dr. Joe Goldenson, M.D. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.