UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION- FRANKFORT
CIVIL MINUTES-GENERAL

CASE NO: 3:20-cv-46-GFVT          AT: Frankfort          DATE: July 21, 2020

Case Style:   Blackburn et al v. Noble et al

PRESENT:   HON. _____ UNITED STATES DISTRICT JUDGE
                GREGORY F. VAN TATENHOVE

| Colleen Dawkins | Sandy Wilder |
| Deputy Clerk | Court Reporter |

Attorneys Present for Petitioners:          Attorneys Presents for Defendants:
Aaron Tucek                                 Edward A. Baylous, II
Heather L. Gatnarek

## PROCEEDINGS: **EVIDENTIARY HEARING**

This matter was called for further hearing on Plaintiff's Emergency Petition for Writ of Habeas Corpus [R. 1] with counsel present as noted. The Court having heard argument of counsel, as well as the testimony of four witnesses,

It is ORDERED,

1. The parties shall file, by close of business on Friday July 24, 2020, simultaneous briefing regarding the testimony provided at this hearing.

2. Upon the filing of the supplemental briefing, the matter will stand submitted.

COPIES TO: COR
Clerk's Initials: scd
TIC: 1/55