# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __KENTUCKY__

Blackburn et al

V.

Noble et al

**EXHIBIT AND WITNESS LIST**

Case Number: Frankfort 20-cv-46-GFVT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gregory F. Van Tatenhove | Heather L. Gatnarek/Aaron M. Tucek | Edward Baylous, II |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 07/21/20 Evidentiary Hearing | Sandy Wilder | Colleen Dawkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/21/2020 | | | WITNESS: Jerahco Walls |
| W2 | | 7/21/2020 | | | WITNESS: Allison Moseley |
| W3 | | 7/21/2020 | | | WITNESS: Amanda White |
| W4 | | 7/21/2020 | | | WITNESS: Hollie Workman |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.