UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| NANNIE BLACKBURN, *et al*. | ) | |
| | ) | |
| Petitioners, | ) | Civil No. 3:20-cv-00046-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| MARY NOBLE, in her official capacity as | ) | **JUDGMENT** |
| Secretary of the Kentucky Justice and Public | ) | |
| Safety Cabinet, *et al*., | ) | |
| | ) | |
| Respondents. | | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioners' petition for writ of habeas corpus filed pursuant to 28 U.S.C § 2241 **[R. 1]** is **DISMISSED**.

2. Judgment is **ENTERED** in favor of Respondents.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 14th day of August, 2020.

Gregory F. Van Tatenhove
United States District Judge